UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:15cr1 (JAM) |
| VS. | |
| IAN BICK | JUNE 11, 2015 |

**MOTION IN LIMINE**
**RE: PRIOR MISCONDUCT**

The Defendant, IAN BICK, hereby moves in limine that the U.S. Government be precluded from offering evidence during its case-in-chief of any and all prior bad acts or uncharged crimes of the Defendant.

The basis for this motion is more particularly stated in the attached memorandum of law.

WHEREFORE, the Defendant respectfully moves the Court to hold a hearing on this motion and exclude such proffered evidence of other crimes or misconduct in the trial of the case.

THE DEFENDANT

*/s/ Jonathan J. Einhorn*

JONATHAN J. EINHORN, ESQ.
129 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510
FEDERAL BAR NO. ct00163
einhornlawoffice@gmail.com
203-777-3777

## CERTIFICATION

I hereby certify that on this 11TH day of June, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN