UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:15cr1 (JAM) |
| VS. | |
| IAN BICK | NOVEMBER 30, 2015 |

## MOTION TO MODIFY BOND

The defendant Ian Bick moves that his bond on release be modified to eliminate the requirements of (a.) no contact with the witnesses on the government list; (b.) a Court appointed monitor, and (c.) for restrictions on the use of his social media and in support thereof states as follows:

1.      On January 9, 2015 this Court entered an order releasing the defendant from custody which provided for no contact with the persons on the government's witness list and restrictions on the use of his social medial accounts.

2.      On  February 6, 2015 this Court modified its order by adding the appointment of a moderator to verify his use of said accounts and clarifying its order concerning social media accounts.

3.      On February 27, 2015 this Court further modified its order pertaining to the use of social media accounts and the monitor.

4.      On November 25, 2015 a jury rendered a verdict in favor of Ian Bick on many counts of the indictment, was deadlocked on many counts of the indictment and found him guilty on several counts of the indictment.

4.      There is no longer any purpose for the Court's previous restrictions as the witnesses against him have already testified, and whether or not he reaches out to them

directly or directly through his social media accounts is no longer of consequence to his release.

Assistant U.S. Attorney Michael McGarry has been contacted but has not responded. It is unknown if he objects to the filing of this bond modification request.

THE DEFENDANT

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
203-777-3777

## CERTIFICATION

I hereby certify that on this 30th of November, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing.

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN