UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:15cr1 (JAM) |
| VS. | |
| IAN BICK | NOVEMBER 30, 2015 |

**MOTION FOR EXTENSION OF TIME TO FILE RULE 29(c) MOTION**

The Defendant requests an additional period of 30 days after the 14 days provided in Rule 29(c)1 of the Fed. R. Crim. P. in order to file a motion for judgment of acquittal, for the reason that he and his counsel need to review transcripts of witness testimony during this trial for the purpose of said motion, and the undersigned has just ordered the same.

Assistant U.S. Attorney Michael McGarry has no objection to the filing of this motion.

> THE DEFENDANT
>
> */s/ Jonathan J. Einhorn*
> JONATHAN J. EINHORN
> 129 WHITNEY AVENUE
> NEW HAVEN, CT 06510
> FEDERAL BAR NO. ct00163
> 203-777-3777

**CERTIFICATION**

I hereby certify that on this 30th of November, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing.

> /s/ *Jonathan J. Einhorn*
> JONATHAN J. EINHORN