UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IAN PARKER BICK,<br>Defendant. | No. 3:15CR1 (JAM) |

## JURY VERDICT FORM

**Count One (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing a transfer of approximately $30,000 on or about June 21, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

*DEADLOCKED*

Not Guilty ___   Guilty ___

**Count Two (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing a wire transfer of approximately $20,000 on or about July 3, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

Not Guilty _X_   Guilty ___

**Count Three (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing a transfer of approximately $116,000 on or about July 11, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

*DEADLOCKED*

Not Guilty ___   Guilty ___

**Count Four (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing the

transfer of approximately $100,000 on or about July 12, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is: **DEADLOCKED**

Not Guilty ___                                Guilty ___

**Count Five (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing the wire transfer of approximately $30,000 on or about July 25, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

Not Guilty ___                                Guilty **X**

**Count Six (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing the wire transfer of approximately $50,000 on or about July 26, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

Not Guilty ___                                Guilty **X**

**Count Seven (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing the wire transfer of approximately $50,000 on or about July 29, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

Not Guilty ___                                Guilty **X**

**Count Eight (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing the wire transfer of approximately $4,975 on or about September 5, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

Not Guilty **X**                                Guilty ___

**Count Nine (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing a wire transfer of approximately $10,000 on or about September 16, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

Not Guilty \_\_\_   Guilty _X_

**Count Ten (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing the wire transfer of approximately $10,000 on or about October 15, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

Not Guilty \_\_\_   Guilty _X_

**Count Eleven (Wire Fraud)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully participated in the charged scheme to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, in execution of that scheme, caused the use of the interstate wires by causing the transfer of approximately $55,000 on or about November 1, 2013, in violation of 18 U.S.C. § 1343, that the defendant Ian Parker Bick is:

Not Guilty \_\_\_   Guilty _X_

**Count Twelve:** not applicable.

**Count Thirteen (Money Laundering)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly engaged in a monetary transaction affecting interstate commerce involving money or property of a value greater than $10,000 that was derived from wire fraud and that he knew to be criminally derived property, and that the transaction took place in the United States or that he is a United States person, by withdrawing the amount of approximately $18,750 on or about June 15, 2013, in violation of 18 U.S.C. § 1957, that the defendant Ian Parker Bick is:

NOT APPLICABLE NO VOTE

Not Guilty \_\_\_   Guilty \_\_\_

**Count Fourteen (Money Laundering)**: We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly engaged in a monetary transaction affecting interstate commerce involving money or property of a value greater than $10,000 that was derived from

3

wire fraud and that he knew to be criminally derived property, and that the transaction took place in the United States or that the he is a United States person, by purchasing a cashier's check in the amount of approximately $21,900 on or about June 26, 2013, in violation of 18 U.S.C. § 1957, that the defendant Ian Parker Bick is:

Not Guilty \_\_\_    Guilty **X**

**Count Fifteen (False Statement):** We the Jury unanimously find on the charge that the defendant Ian Parker Bick knowingly and willfully made a materially false, fictitious, or fraudulent statement in relation to a matter within the jurisdiction of a department or agency of the United States, when, on or about June 26, 2014, after questioning by a Postal Inspector from the United States Postal Inspection Service about the use of money that alleged investor whose initials are "H.S." had invested with Planet Youth Entertainment LLC in July 2013, Mr. Bick stated that "70-80% of the money had been on 'artist deposits,'" in violation of 18 U.S.C. § 1001, that the defendant Ian Parker Bick is:

Not Guilty **X**    Guilty \_\_\_

**YOUR ANSWERS MUST BE UNANIMOUS.**

*Please double check your answers above and then sign and date this verdict form.*

/ S /   11/15/2015
Foreperson   Date

4