POSTS   See All Friends >



**Ian Parker**
1 hr · Edited · 🌐

We were successful on 8 out of 15 counts.

Most importantly found not guilty on making a false statement to federal agents and a hung jury on counts that make up the majority of the money owed.

Huge win for us.

Now time to focus on what's important - Tuxedo Junction!

45 Likes   4 Comments

 Share



**Ian Parker** shared a link.
Monday at 5:37 PM · 🌐



**Jury deliberating in federal fraud trial of Danbury's Ian Bick**

WEST HAVEN - The jury began its