
**Matt Hanrahan**


**Victoria Moran**

**Michael Leone**

See All Friends >

POSTS

**Ian Parker**
34 mins · 🌐



I'm glad I've been through the stuff I've been through and will continue to go through at such a young age. I've learned more about real life then I could have ever possibly learned in school.

From Day 1, before this case even started I vouched to pay back the loans I borrowed to start various business's that ended up failing. I will continue to uphold that commitment and Tuxedo junction will make that possible one day in the future.

I've come a long way, and there's still more to this battle to be fought, but one thing is for sure, I don't give up, and I won't ever give up and I will continue to prove naysayers and doubters wrong. I defied a lot of odds today.

14 Likes   3 Comments

 Share