---

**CASHIER'S CHECK**

0065342  11-24
Office AU #  1210(8)

Purchaser: W & B WHOLESALE LLC
Purchaser Account: 5384733191
Operator I.D.: ct001233

SERIAL #: 6594200498
ACCOUNT #: 4861-513166

PAY TO THE ORDER OF    ***HENRY SCOZZAFAVA JR.***

July 03, 2013

***Twenty thousand dollars and no cents***

**$20,000.00**

WELLS FARGO BANK, N.A.
108 MILL PLAIN RD
DANBURY, CT 06811
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER – IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 20,000.00

**NON-NEGOTIABLE**

Purchaser Copy

---

**CASHIER'S CHECK**

0065942  11-24
Office AU #  1210(8)

Purchaser: W & B WHOLESALE LLC
Purchaser Account: 5384733191
Operator I.D.: ct001233

SERIAL #: 6594200503
ACCOUNT #: 4861-513166

PAY TO THE ORDER OF    ***PLANET YOUTH ENTERTAINMENT, LLC***

July 15, 2013

***Twenty thousand dollars and no cents***

**$20,000.00**

WELLS FARGO BANK, N.A.
108 MILL PLAIN RD
DANBURY, CT 06811
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER – IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 20,000.00

**NON-NEGOTIABLE**

Purchaser Copy

---

**CASHIER'S CHECK**

0065942  11-24
Office AU #  1210(8)

Purchaser: W & B WHOLESALE LLC
Purchaser Account: 5384733191
Operator I.D.: ct001099   ct001044

SERIAL #: 6594200511
ACCOUNT #: 4861-513166

PAY TO THE ORDER OF    ***DAVE OSEI***

July 27, 2013

***Twenty-two thousand five hundred dollars and no cents***

**$22,500.00**

WELLS FARGO BANK, N.A.
108 MILL PLAIN RD
DANBURY, CT 06811
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER – IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 22,500.00

**NON-NEGOTIABLE**

GOVERNMENT
EXHIBIT
604
3:15cr1(JAM)

Purchaser Copy

CTDOB-IPB-000509