UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:15cr0001 (JAM) |
| VS. | |
| IAN PARKER BICK | AUGUST 22, 2022 |

### MOTION FOR PERMISSION TO RETURN PASSPORT

The defendant moves that his passport which is presently being held by the undersigned as per Exhibit A attached be returned to him based upon the following:

1. Mr. Bick was arrested on January 9, 2015, and was released on bond on January 12, 2015;

2. On January 20, 2015, the undersigned notified the Court that he was holding Mr. Bick's passport until further Order of the Court, also on Exhibit A;

3. Mr. Bick was sentenced on November 1, 2016, on Counts 5, 6, 7, 9 10, 11 and 14 to a 36-month sentence all to run concurrently;

4. Mr. Bick has completed his sentencing obligation and is no longer in custody

5. Mr. Bick completed his term of supervised release on May 14, 2022.

Wherefore Mr. Bick's sentence and term of supervised release having been completed, he moves for permission to have his passport returned to him.

THE DEFENDANT

/s/ Jonathan J. Einhorn

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM

## CERTIFICATION

    I hereby certify that on this 22nd day of August 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

        /s/ *Jonathan J. Einhorn*
        JONATHAN J. EINHORN